**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Joshua Luger and Warrior Wash & Emporium, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| v. | ) ) | |
| United States of America, United States Department of the Interior, Doug Burgum, in his official capacity as Secretary of the U.S. Department of the Interior, Murray Spence, individually, and Wayland Bad Hand, individually, | ) ) ) ) ) ) ) | Case No.: 1:26-cv-00139 |
| Defendants. | ) ) | |

On August 3, 2026, the parties convened for a Status Conference to discuss Defendants' Notice pertaining to the dismissal of individual defendants, Murray Spence and Wayland Bad Hand, under 28 U.S.C. § 2679. (*See* Doc. No. 10).

For the reasons articulated during the conference, the United States of America shall be substituted for the individual defendants, Murray Spence and Wayland Bad Hand, who are dismissed from this action. The case caption and docket shall be corrected to reflect this change.

**IT IS SO ORDERED.**

Dated this 3rd day of August, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court